IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| THE PITCHFORK LAND AND CATTLE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>PITCHFORK RANCH, LLC,<br><br>    Defendant. | Case No. 5:23-cv-00205-H |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to the dismissal with prejudice of this action including all claims and counterclaims, each Party to pay its own costs and attorneys' fees.

Dated: March 19, 2025

Respectfully submitted,

| | |
|---|---|
| **KELLY HART & HALLMAN, LLP** | **HOLLAND & HART LLP** |

/s/ Elizabeth Geary
Elizabeth Geary, TX Bar No. 24083179
500 W. Illinois, Suite 800
Midland, Texas 79701
Telephone: (432) 688-0421
Facsimile: (432) 683-6518
Email: Elizabeth.geary@kellyhart.com

**LEWIS RICE LLC**

/s/ Bridget Hoy
Bridget Hoy, *Pro Hac Vice*
Allison Knopp, *Pro Hac Vice*
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7600
Facsimile: (314) 241-6056
Email: bhoy@lewisrice.com

*Counsel for Plaintiff
Pitchfork Land and Cattle Company*

*/s/* Timothy P. Getzoff
Timothy P. Getzoff (*pro hac vice*)
Amy J. Tindell (*pro hac vice*)
Ellen K. Levish (*pro hac vice*)
1800 Broadway, Suite 300
Boulder, Colorado 80302
Telephone: (303) 473-2700
tgetzoff@hollandhart.com
ajtindell@hollandhart.com
eklevish@hollandhart.com

**CRENSHAW DUPREE & MILAM L.L.P.**

Matt D. Matzner, Texas Bar No. 00797022
Post Office Box 64479
Lubbock, Texas 79464-4479
Telephone: (806) 762-5281
mmatzner@cdmlaw.com

*Counsel for Defendant
Pitchfork Ranch, LLC*